# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FINEST DOUGLAS MINNIEFIELD,** | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) 2:19-cv-0218-RDP-GMB<br>)<br>) |
| **CHRISTOPHER GORDY, et al.,** | )<br>) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Finest Douglas Minniefield, a prisoner proceeding pro se. On June 4, 2019, the Magistrate Judge entered a report recommending the petition be dismissed with prejudice as untimely, pursuant to 28 U.S.C. § 2244(d)(1). (Doc. 8). Although Petitioner was advised of his right to file specific written objections within fourteen days, no objections have been received by the court.

After careful consideration of the record in this case, including the Magistrate Judge's report, the court hereby **ADOPTS** the report of the Magistrate Judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that the petition in this matter is due to be denied as untimely and this matter is due to be dismissed.

A separate order will be entered.

The Clerk is **DIRECTED** to serve a copy of this Memorandum Opinion and the accompanying Final Judgment on Petitioner.

**DONE** and **ORDERED** this July 8, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE